UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3214 ODW(JEMx) | Date | June 10, 2010 |
|---|---|---|---|
| Title | Dejan Juric v. The University of Phoenix, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Continuing OSC re Settlement Hearing**

The OSC re Settlement hearing scheduled for June 14, 2010 at 1:30 p.m. is hereby CONTINUED to **Monday, June 28, 2010 at 1:30 p.m.** The hearing will be automatically vacated upon the Court's receipt of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |